[944 NE2d 1142, 919 NYS2d 503]

In the Matter of the Estate of SEYMOUR HALPERN, Deceased. ADRIENNE HALPERN et al., Respondents; ELIZABETH HALPERN, Appellant.

Decided February 22, 2011

**APPEARANCES OF COUNSEL**

*Duane Morris LLP*, New York City (*Thomas R. Newman* of counsel), for appellant.

*Cleary Gottlieb Steen & Hamilton LLP*, New York City (*Christopher P. Moore* and *Giannina Santo* of counsel), for respondents.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and certified question not answered upon the ground that it is unnecessary. When viewed in its entirety, the testimony from the attesting witness is insufficient to create a triable issue of fact as to whether decedent's will was duly executed.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.